Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Dennis Augustus Keith Mobley

**Docket No. 0864 0:15CR00126-001(JNE)**

**Petition on Supervised Release**

COMES NOW **Laura A. Krier**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Dennis Augustus Keith Mobley** who was sentenced for Felon in Possession of a Firearm on November 13, 2015, by the Honorable Joan N. Ericksen, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Substance abuse testing
- No gang association
- Submit to searches
- Employment required

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION: The defendant shall not commit another federal, state, or local crime.

STANDARD CONDITION: The defendant shall not leave the judicial district without permission of the court or probation officer.

STANDARD CONDITION: The defendant shall not associate with any persons engaged in criminal activity and not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

On August 9, 2021, the defendant was cited for speed, traveling 105 miles per hour in a 70 miles per hour zone in Pulaski, County, Illinois. A separate vehicle driven by Douglas Mobley; the defendant's cousin was also cited. Douglas Mobley is a convicted felon and on federal supervised release.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

1.) The defendant shall participate in location monitoring for a period of 60 days. The defendant shall be monitored using radio frequency technology. The defendant is restricted to their residence at all times except for employment; education; religious services; medical; substance abuse or mental health treatment; court obligations; or discretionary leave activities as approved by the probation officer. The defendant shall not be required to pay the cost of location monitoring.

2.) The defendant shall participate in a cognitive behavioral treatment program as approved and directed by the probation officer. Further, the defendant shall contribute to the costs of such programming as determined by the U.S. Probation and Pretrial Services Office Co-Payment Program not to exceed the total cost of treatment.

### ORDER OF THE COURT

Considered and ordered this __9th__ day of __September, 2021__, and ordered filed and made a part of the records in the above case.

s/ Joan N. Ericksen
_____
Honorable Joan N. Ericksen
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ *Laura A. Krier*
_____
Laura A. Krier
U.S. Probation Officer
Telephone: 612-664-5370

Executed on   September 9, 2021

Place         Minneapolis

Approved:

_____
Odell Wilson III
Supervising U.S. Probation Officer